IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANCELL EUGENE HAMM, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-2800 |
| | : | |
| JUAN R. SÁNCHEZ, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of October, 2021, upon consideration of Ancell Eugene Hamm's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Hamm's Complaint is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**